

# STATE OF RHODE ISLAND
# AND PROVIDENCE PLANTATIONS

## CLERK'S CERTIFICATE AND TRANSMITTAL OF THE RECORD

| Case Information |
|---|

Case Caption: _____ vs. _____

Federal Court Case No._____ State Court Case No._____

| Record Information |
|---|

Confidential:      Yes      No      Description: _____

Sealed documents:      Yes      No      Description: _____

| Certification |
|---|

I, _____, Clerk of the Rhode Island District Court for the County of ,_____ do certify that the attached documents are all the documents included in the record in the above referenced case.

Clerk of Court

Date:                             /s/_____
                                  By Deputy Clerk